BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6970
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>  v. <br><br>STEVEN WEINKAUF, <br><br>    Defendant. | CASE NO. C 96-0825 M <br><br>(PROPOSED) <br>ORDER APPROVING APPLICATION FOR RENEWAL OF JUDGMENT LIEN |

    The Clerk of the Court having considered the Application for Renewal of Judgment Lien and good cause appearing, hereby GRANTS the Application. The United States' judgment lien shall be extended for 20 additional years pursuant to 28 U.S.C. Section 3201(c).

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

Dated: 6/10/2016      By: _____
                                                       Mark Romyn
                                          Deputy Clerk

ORDER CASE NO. C 96-0825 M